# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | 23-4331M | Date | August 24, 2023 |
|---|---|---|---|
| Title | United States v. Carter | | |

| Present: The Honorable | Michael R. Wilner |
|---|---|
| James Muñoz | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Government: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:**   ORDER OF DETENTION

Defendant is alleged to have violated the terms of pretrial release. At the initial appearance following arrest on the violation petition, Defendant did not challenge the government's request for detention.

Defendant is ordered DETAINED and held to answer the violation petition before the assigned district judge in the charging district.